UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY WATT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BLOCK, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 24cv867-LL-DDL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BLOCK INC'S TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 19] |

Good cause appearing, the Court **GRANTS** the Joint Motion to Extend Block, Inc.'s Time to Respond to Complaint filed by Plaintiff Jody Watt ("Plaintiff") and Defendant Block, Inc. ("Block" or the "Company"). ECF No. 19.

1. Block's time to respond to the Complaint in this action will be extended to coincide with that of the Individual Defendants, and therefore **SHALL** not begin to run until the Individual Defendants have been served or waived service;

2. Within fourteen (14) days from the date this Joint Motion is filed, the parties **SHALL** meet and confer and propose a schedule to the Court for the filing of Defendants' motion(s) to dismiss; and

3. Block **SHALL** make every effort to coordinate with the Individual Defendants to consolidate their response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: June 10, 2024

_____
Honorable Linda Lopez
United States District Judge