| | |
|---|---|
| ADAM BRAVERMAN (SBN 244202)<br>ABraverman@mofo.com<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>San Diego, CA 92130<br>Telephone: 858-720-5100<br>Facsimile: 858-720-5125<br><br>CHRISTIN HILL (SBN 247522)<br>CHill@mofo.com<br>ANISSA CHITOUR (SBN 341926)<br>AChitour@mofo.com<br>CHLOE CONNOLLY (SBN 348962)<br>CConnolly@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415-268-7000<br>Facsimile: 415-268-7522<br><br>Attorneys for Defendants BLOCK, INC., JACK DORSEY, ROELOF BOTHA, SHARON ROTHSTEIN, MARY MEEKER, RANDALL GARUTTI, JAMES MCKELVEY, SHAWN "JAY-Z" CARTER, AMY BROOKS, and PAUL DEIGHTON<br><br>*Additional counsel on next page* | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY WATT,<br><br>  Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY, ROELOF BOTHA, SHARON ROTHSTEIN, MARY MEEKER, RANDALL GARUTTI, JAMES MCKELVEY, SHAWN "JAY-Z" CARTER, AMY BROOKS, and PAUL DEIGHTON,<br><br>  Defendants. | Case No. 3:24-cv-00867-LL-DDL<br><br>**JOINT MOTION TO SET FILING DEADLINE AND BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Judge: Hon. Linda Lopez<br><br>Date Action Filed: May 16, 2024<br>Trial Date: None set |

| | |
|---|---|
| 1 | ERIK J. OLSON (SBN 175815) |
| | EJOlson@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, CA 94304 |
| | Telephone: 650-813-5600 |
| 4 | Facsimile: 650-494-0792 |
| 5 | Attorneys for Defendants BLOCK, INC., JACK DORSEY, ROELOF BOTHA, SHARON ROTHSTEIN, MARY MEEKER, RANDALL GARUTTI, JAMES MCKELVEY, SHAWN "JAY-Z" CARTER, AMY BROOKS, and PAUL DEIGHTON |

|  |  |  |
|---|---|---|
| 1 | Pursuant to Civil Local Rule 7.2, Section 6 of the Court's Civil Chambers | |

Pursuant to Civil Local Rule 7.2, Section 6 of the Court's Civil Chambers Rules, and the Court's June 10, 2024 Order (ECF No. 20), Plaintiff Jody Watt ("Plaintiff") and Defendants Block, Inc., Jack Dorsey, Roelof Botha, Sharon Rothstein, Mary Meeker, Randall Garutti, James McKelvey, Shawn "Jay-Z" Carter, Amy Brooks, and Paul Deighton (collectively "Defendants") respectfully submit this joint motion to set the following filing deadline and corresponding briefing schedule on Defendants' forthcoming motion to dismiss:

1. Defendants shall file their motion to dismiss on or before **July 19, 2024**.
2. Plaintiff shall file her opposition on or before **August 22, 2024**.
3. Defendants shall file their reply, if any, on or before **September 12, 2024**.

Dated: June 21, 2024                                MORRISON & FOERSTER LLP

By: */s/ Christin Hill*
      CHRISTIN HILL

Attorney for Defendants

BOTTINI & BOTTINI, INC.

By: */s/ Francis A. Bottini Jr.*
      FRANCIS A. BOTTINI JR.

Attorney for Plaintiff Jody Watt

# FILER'S ATTESTATION

I, Christin Hill, am the ECF User whose ID and password are being used to file this Joint Motion to Set Filing Deadline and Briefing Schedule on Motion to Dismiss. In compliance with the Court's Electronic Case Administrative Policies and Procedures Section 2(f)(4), I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (s/) within this efiled document.

Dated: June 21, 2024

MORRISON & FOERSTER LLP

By: */s/ Christin Hill*
      CHRISTIN HILL

Attorney for Defendants