UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY WATT,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BLOCK, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 24cv867-LL-DDL<br><br>**ORDER GRANTING JOINT MOTION TO SET FILING DEADLINE AND BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>**[ECF No. 36]** |

The Court has reviewed the parties' Joint Motion to Set Filing Deadline and Briefing Schedule on Motion to Dismiss. ECF No. 36. Good cause appearing, the Court **GRANTS** the Motion. Accordingly, the Court sets the following deadline and corresponding briefing schedule:

1. Defendants shall file their motion to dismiss on or before **July 19, 2024**.

2. Plaintiff shall file her opposition on or before **August 22, 2024**.

3. Defendants shall file their reply, if any, on or before **September 12, 2024**.

**IT IS SO ORDERED.**

Dated:  June 24, 2024

_____
Honorable Linda Lopez
United States District Judge